# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
*December 22, 2006*

[Cite as *12/22/2006 Case Announcements,* 2006-Ohio-6792.]

## MEDIATION REFERRALS

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

2006–1741.   **State ex rel. Hulls v. State Teachers Retirement Bd. of Ohio.**
Franklin App. No. 05AP–653.

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
*December 26, 2006*

[Cite as *12/26/2006 Case Announcements,* 2006-Ohio-6755.]

## MISCELLANEOUS DISMISSALS

2006–1747.   **Abrams v. Am. Computer Technology.**
Hamilton App. No. C050466, 2006-Ohio-4032. This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

2006–2205.   **In re Wheeler.**
Cuyahoga App. No. 88794. This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.